E-FILED
Tuesday, 25 October, 2005  03:32:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
    v.                         )  COURT NO.  99-30019-001
                               )
THOMAS CRIFASI,                )
                               )
            Defendant.         )

## AGREEMENT ON RESTITUTION PAYMENT

**I, THOMAS CRIFASI, agree to the entry of an Order to pay $40.00** a month and 25% of federal tax refunds each year until the judgment in this case has been paid which judgment has a present balance of $363,868.48 ($274,545.04 principal & $89,323.44 interest)as of October 3, 2005. I understand 4.918% interest has been accruing since first liable for interest. If I am (15) days late, the United States may commence garnishment proceedings. If I complete this agreement, the United States will give me a Satisfaction of Judgment. I also agree to provide financial information annually and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus. I understand I can pay the full balance at any time.

**Payments are to begin October 15, 2005, and continue on 15th** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

DATE: 10-02-05

DATE: 10/12/05

DATE: 10/25/05

s/ Thomas L. Crifasi
THOMAS CRIFASI, Defendant

Approved:     s/ Eric W. Fox
              Eric W. Fox, U.S. Probation Officer

              s/ Elizabeth L. Collins
              Elizabeth L. Collins, Bar # 487864
              Attorney for Plaintiff
              United States Attorney's Office
              318 S. 6th Street
              Springfield, Illinois 62701
              Tel: 217-492-4450
              Fax: 217-492-4888
              E-mail: Beth.Collins@usdoj.gov

ORIGINAL

THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.