E-FILED
Friday, 28 October, 2005  01:24:25 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 99-30019-001 |
| THOMAS CRIFASI, | ) |
| Defendant, | ) |

**RESTITUTION PAYMENT ORDER**

Upon motion of the United States of America, and with the agreement of the Defendant, this Court enters the following restitution payment schedule:

(1) The Defendant shall pay $40.00 a month and 25% of Federal tax refunds each year to the **"Clerk, United States District Court",** referencing the Court No. 99-30019-001 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602**;

(2) The Defendant shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys Office until the restitution is paid in full or the liability to pay restitution expires.

ENTERED:   October 28, 2005

s/Richard Mills
RICHARD MILLS
UNITED STATES DISTRICT JUDGE